## CLEWS v. RAPHAEL, appellant.

*Arrest in civil action — what facts sufficient to sustain order.*

Plaintiffs, in an affidavit for an order of arrest, set forth that they paid, upon the request of defendant, who represented the holder to be a responsible party, certain drafts which were forged; *held*, that a *prima facie* case for the order was made.

APPEAL from an order denying motion to vacate order of arrest. The order was granted in an action brought by Henry Clews and another against C. Rizzoni and George Raphael to recover the amount of two bills of exchange purporting to be drawn by the Bank of Egypt, which were subsequently discovered to be forgeries. The order of arrest was granted upon the affidavit of the manager of the foreign department of plaintiffs' banking house; that defend-

ant Raphael introduced defendant Rizzoni to plaintiffs' place of business; that Raphael made certain statements as to Rizzoni; that he was responsible, and that Raphael indorsed the bills, and deponent, relying on his indorsement, cashed such bills; that such bills were discovered, when presented, to be a forgery, etc., etc.

*Horatio F. Averill* and *W. T. B. Milliken,* for appellant.

*Morris & Hillhouse,* for respondents.

DAVIS, P. J.

The opinion is as follows :

" A *prima facie* case was made upon the affidavits. The defendant has an opportunity to answer and explain the transaction or his connection therewith. His failure or neglect to do so, we think, justified the court in denying the motion."

*Order affirmed.*